# UNITED STATES DISTRICT COURT
## District of Minnesota

Emilio Ramos De La Luz,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, David Easterwood, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security, Sirce Owen, Executive Office of Immigration Review, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2147 (MJD/ECW)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**.

Date: 4/23/2026

KATE M. FOGARTY, CLERK